**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MELVIN OSCAR ORTIZ GUTIERREZ,

      Petitioner,

            v.                       Case No.   1:26cv069

KEVIN RAYCRAFT, *Field Office Director*
*of Enforcement and Removal Operations,*
*Columbus Field Office,*
*Immigration and Customs Enforcement*, et al.,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

[   ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[   ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED:** The Court granted Ortiz Gutierrez's petition for a writ of habeas corpus (Doc. 1) and denied the emergency motion (Doc. 20).

Date: February 26, 2026                  <u>Richard W. Nagel, Clerk</u>
                                             Clerk

                          By:    <u>*s/ Krista Zeller*</u>
                                        Deputy Clerk